# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand and thirteen.

Before:    Ralph K. Winter,
                *Circuit Judge.*

_____

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket No. 13-1158 |
| v. | |
| Robert Lee Miles, AKA Robert Lee, | |
| Defendant-Appellant. | |

_____

IT IS HEREBY ORDERED that the motion by appellant for an extension of time until September 16, 2013 to file the brief and appendix is GRANTED, with no further extensions.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

